UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
United States of America,

                       Plaintiff,                17 MAG 2128 (MRG)

       - against -                     **JUDGMENT**

Anthony Flynn,

                       Defendant.
------------------------------------------------------------X

        The issues in the above entitled action having been brought before the Honorable Martin R. Goldberg, United States Magistrate Judge, and the Court, on April 20, 2017, having accepted the Defendant's plea of Guilty to Unlawful Possession of Marijuana, §221.05 of the New York State Penal Code, in full satisfaction of the Misdemeanor Complaint filed on March 24, 2017; it is

        **ORDERED, ADJUDGED AND DECREED**, that the Defendant is sentenced to pay a fine in the amount of $75.00. The fine is to be paid to the U.S. District Court in White Plains, New York by May 23, 2017 or else appear in the U.S. District Court, Poughkeepsie, New York on May 24, 2017 at 9:00 AM.

Dated:    April 20, 2017
           Poughkeepsie, New York

                                                         SO ORDERED:

                                                        Hon. Martin R. Goldberg
                                                        United States Magistrate Judge